UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FAITH ROSS-THORNTON    ) | |
| ) | |
| Plaintiff,    ) | |
| ) | |
| v.    ) | Case No. 3:05-0675 |
| ) | Judge Echols |
| CONTINENTAL CASUALTY    ) | |
| COMPANY,    ) | |
| ) | |
| Defendant.    ) | |

## ORDER

For the reasons set forth in the Memorandum issued contemporaneously herewith, Defendant Continental Casualty Company's Motion for Summary Judgment (Docket Entry No. 20) is hereby GRANTED. This case is hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

*[signature]*

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE